UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-25926-mdm |
| JAKKI CAMPBELL, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Please take notice that the debtor, Jakki Campbell, by her attorneys, DeLadurantey Law Office, LLC, by Nathan E. DeLadurantey, hereby objects to the Motion to Relief from the Automatic Stay as brought by The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., AssetBacked Certificates, Series 2006-24.

The debtor asserts that she temporarily fell behind on mortgage payments due to unforeseen medical expenses. However, she believes she will be able to resume regular mortgage payments moving forward. Further, she recently received a raise at work that will enable her to increase her Chapter 13 plan payments as necessary to pay the current mortgage arrearage through the plan as a supplemental claim.

The debtor respectfully requests that the Court schedule a hearing on the matter.

Dated: October 28, 2015.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com