# 𝕸𝖎𝖈𝖍𝖆𝖊𝖑 𝕬𝖈𝖊𝖛𝖊𝖉𝖔
### 𝕬𝖙𝖙𝖔𝖗𝖓𝖊𝖞 𝖆𝖙 𝕷𝖆𝖜

**Cummisford, Acevedo & Associates, LLC**
7071 South 13th Street, Suite 100
Oak Creek, WI 53154
Office: 414-761-1700
Fax: 414-255-3008
Email: mike.acevedo@cummisford.com

January 19, 2016

The Honorable Beth E. Hanan
Bankruptcy Judge, Eastern District of Wisconsin
U.S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: Status Update on Motion for Abandonment and Relief from Stay
Jakki Campbell fka Jacqueline L. Simmons, Debtor
Chapter 13, 14-25926-beh

Dear Judge Hanan:

We represent The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-24, as it relates to the homestead property located at 2540 N. 14th St., Milwaukee, Wisconsin 53206. We are scheduled for telephonic status/preliminary hearing on the creditor's motion for abandonment and relief from stay on Tuesday, January 26, 2016 at 09:00am.

The creditor has opted not to consider the debtor for further mortgage modification review, and they have requested that our firm move forward on the motion.

Attached is the Payments Received ledger as of January 19, 2016. The debtor is post-petition past due as follows:

| | |
|---|---|
| Ten (10) mortgage payments at $850.57 each: (December 2014 through September 2015) | $ 8,505.70 |
| Four (4) mortgage payments at $726.71 each: (October 2015 through January 2016) | $ 2,906.84 |
| Less debtor suspense balance: | $   (816.83) |
| Total post-petition arrearage: | $10,595.71 |

Sincerely,

*Michael Acevedo*
Michael Acevedo, #1022634

cc: Mary B. Grossman, Chapter 13 Trustee (via ECF)
Anton B. Nickolai, Attorney for the Debtor (via ECF)

| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Jakki Campbell |
| Case No.: | 14-25926 |
| Loan No.: | xxxxxx3933 |
| Our File No.: | 4122-N-0612 |
| Collateral: | 2540 N. 14th St., Milwaukee, Wisconsin 53206 |

**PAYMENTS RECEIVED**

Loan Status as of: 1/19/2016
Initial Due Date: 6/1/2014

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
| | $ - | 6/1/2014 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| | $ - | 7/1/2014 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| 7/24/2014 | $ 845.75 | | | $ - | $ 845.75 | Funds Received |
| | $ - | 8/1/2014 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| 8/18/2014 | $ 845.75 | | | $ - | $ 845.75 | Funds Received |
| | $ - | 9/1/2014 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| 9/15/2014 | $ 845.75 | | | $ - | $ 845.75 | Funds Received |
| | $ - | 10/1/2014 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| | $ - | 11/1/2014 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| 11/13/2014 | $ 845.75 | | | $ - | $ 845.75 | Funds Received |
| 11/25/2014 | $ 845.75 | | | $ - | $ 845.75 | Funds Received |
| | $ - | 12/1/2014 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| | $ - | 1/1/2015 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| 1/6/2015 | $ 845.75 | | | $ - | $ 845.75 | Funds Received |
| | $ - | 2/1/2015 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| 2/6/2015 | $ 845.75 | | | $ - | $ 845.75 | Funds Received |
| | $ - | 3/1/2015 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| | $ - | 4/1/2015 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| | $ - | 5/1/2015 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| | $ - | 6/1/2015 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |

|   |   | Date | Amount |   | Adjustment | Note |
|---|---|---|---|---|---|---|
| $ | - | 7/1/2015 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| $ | - | 8/1/2015 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| $ | - | 9/1/2015 | $ 850.57 | $ - | $ (850.57) | Payment Accrued |
| $ | - | 10/1/2015 | $ 726.71 | $ - | $ (726.71) | Payment Accrued |
| $ | - | 11/1/2015 | $ 726.71 | $ - | $ (726.71) | Payment Accrued |
| $ | - | 12/1/2015 | $ 726.71 | $ - | $ (726.71) | Payment Accrued |
| $ | - | 1/1/2016 | $ 726.71 | $ - | $ (726.71) | Payment Accrued |
| **Total:** | **$ 5,920.25** |   | **$ 16,515.96** | **$ -** | **$ (10,595.71)** |   |

| Delinquent Payments | Days Delinquent: | 414 | | |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due |
| 12/1/2014 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 1/1/2015 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 2/1/2015 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 3/1/2015 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 4/1/2015 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 5/1/2015 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 6/1/2015 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 7/1/2015 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 8/1/2015 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 9/1/2015 | $ 557.81 | $ 292.76 | $ - | $ 850.57 |
| 10/1/2015 | $ 557.81 | $ 168.90 | $ - | $ 726.71 |
| 11/1/2015 | $ 557.81 | $ 168.90 | $ - | $ 726.71 |
| 12/1/2015 | $ 557.81 | $ 168.90 | $ - | $ 726.71 |
| 1/1/2016 | $ 557.81 | $ 168.90 | $ - | $ 726.71 |
| Delinquency |   |   |   | $ 11,412.54 |
| Less Suspense |   |   |   | $ 816.83 |
| Total Delinquency |   |   |   | $ 10,595.71 |